IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| MARK FITZHENRY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>             Plaintiff<br><br>vs.<br><br>LOWE'S COMPANIES, INC.<br>GE CAPITAL RETAIL BANK<br><br><br>             Defendants | Case No. 14-cv-02081-RMG |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendants Lowe's Companies, Inc. and GE Capital Retail Bank (now known as Synchrony Bank) with prejudice, with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Dated:  October 20, 2014

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Mark Fitzhenry, *Plaintiff* | Lowe's Companies, Inc. and GE Capital Retail Bank, now known as Synchrony Bank, *Defendants* |
| By:  _s/ Lance S. Boozer_____ | By: _s/ Beattie B. Ashmore_____ |

1

Lance S. Boozer
The Boozer Law Firm, LLC
807 Gervais Street, Suite 203
Columbia, SC 29201
Tele: (803) 608-5543
Fax: (803) 926-3463
lsb@boozerlawfirm.com

Edward A. Broderick (*pro hac vice*)
Anthony Paronich (*pro hac vice*)
Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA 02110
Tele: (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue (*pro hac vice*)
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Tele: (508) 655-1415
Fax: (508) 319-3077
mmccue@massattorneys.net

Beattie B. Ashmore
Beattie B. Ashmore, P.A.
650 E. Washington Street
Greenville, S.C. 29601
Tele: (864) 467-1001
Fax: (864) 672-1406
Beattie@beattieashmore.com

Henry Pietrkowski (*pro hac vice*)
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
Tele: (312) 207-3904
Fax: (312) 207-6400
hpietrkowski@reedsmith.com